UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ANDREA L. KEENE, SHARON BARBER, and AMERICAN GENERAL FINANCE, INC., | ) ) ) ) |
| Defendants. | ) CIVIL NO. 06-3_____ |

## NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on September 19, 2006, and is now pending.

(i) The names of all plaintiffs and the case number are identified above.

(ii) The court in which said action was brought is identified above.

(iii) The name of the title holder of record is:  Andrea L. Keene

(iv) A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lot Eighty-three (83) in Sharon, Calvin and Morrow's Addition to the Town, now City of Carrollton, according to the recorded plat of said Addition, and situated in the City of Carrollton, in the County of Greene and State of Illinois

PIN NO. 03-92-23-129-002

(v) A common address or description of the location of the real estate is as follows:

162 Locust Street, Carrollton, Illinois  62016

(vi) An identification of the mortgage sought to be foreclosed is as follows:

|  |  |
|---|---|
| Name of mortgagor: | Andrea L. Keene |
| Name of mortgagee: | United States of America,<br>United States Department of Agriculture |
| Date of mortgage: | Ex. A, August 24, 1988 (Mortgage by Marcia Lansaw and assumed by Andrea L. Keene<br>Ex. B, April 22, 1996 (Mortgage by Andrea L. Keene) |
| Date of recording: | Ex. A, August 24, 1988<br>Ex. B, April 23, 1996 |
| County where recorded: | Greene County, Illinois |
| Recording document identification: | Ex. A, Recorded in Book 119, Page 35, As Doc. No. 78307<br>Ex. B, Recorded in Book 80, Page 314, As Doc. No. 105628 |

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By: s/ James A. Lewis
_____
James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: (217) 492-4450
Fax: (217) 492-4888
Email: jim.lewis2@usdoj.gov

This instrument was prepared by James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL 62701.

Please return recorded notice to James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL 62701.